**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | Criminal No. C-18-443 |
| DAVID TREJO LEAL | § | |

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant, David Trejo Leal, affirming that he has been charged via indictment and has received a copy thereof, hereby pleads not guilty to the charges contained therein, requests a trial by jury, and waives his right to arraignment, which is currently scheduled in this case for June 7, 2018.

Mr. Leal additionally affirms that he has been provided a copy of the "US Attorney's Criminal Docket Sheet" which outlines the penalties he may be assessed should he be convicted of the charges in the indictment. Mr. Leal has been made aware that the Final Pretrial Conference is scheduled for July 16, 2018 at 9:00 a.m. and that Jury Selection and Trial will be held July 23, 2018 at 9:30 a.m. before United States District Judge John D. Rainey at the United States Courthouse, 1333 N. Shoreline Blvd., Corpus Christi, TX. Mr. Leal understands that he is ordered to appear at the listed court settings and agrees to appear.

Respectfully submitted, this 5th day of June, 2018.

David Trejo Leal
Name of Defendant

X _____
Signature of Defendant

Lila Garza
Name of Attorney

_____
Signature Attorney for Defendant