United States District Court
Southern District of Texas
**ENTERED**
July 18, 2018
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | CRIMINAL NO. 2:18-cr-0443-1 |
| DAVID TREJO LEAL | § | |

## ORDER

The Court has considered the Defendant's Unopposed Motion to Continue the Pretrial Conference, filed by Lila Michelle Garza, attorney for DAVID TREJO LEAL. Assistant United States Attorney Jeffrey S. Miller is unopposed to the motion. The Court Grants the motion for continuance. The Court further finds that pursuant to 18 U.S.C. § 3161(h)(8)(A), the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy trial.

A pretrial conference is set for _9:00 am_ o'clock on _august 20_, 2018. If necessary, a date for jury selection and trial will be announced.

SIGNED this _17th_ day of July, 2018.

HONORABLE JUDGE JOHN D. RAINEY
UNITED STATES SENIOR DISTRICT JUDGE